UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 11-20279-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANNA KILIMATOVA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's CJA Voucher Request [ECF No. 1276] issued by United States Magistrate Judge Barry L. Garber, on December 2, 2014. The Report and Recommendation recommends to this Court, that counsel Allen S. Kaufman, Esquire be paid **$29,353.25** as and for reasonable attorney's fees, costs and expenses, said amount being for necessary and legal tasks performed for the defendant. Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record, counsel's amended response to the report and recommendation with no objection to the report and recommendations of Magistrate Judge Garber. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's Report and Recommendation [ECF No. 1276] is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this _10_ day of December, 2014.

                                         JOSE E. MARTINEZ
                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
Allen S. Kaufman, P.A.
Lucy Lara, CJA Administrator